MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............. WILLIAMS, DONALD

Commitment number.... W97372

Period encompassed.... 7/17/12 TO 2/14/13

|   | | Personal | Savings | Total |
|---|---|---|---|---|
| Beginning Balance: | JULY | 211.69 | 0.00 | $ 211.69 |
| Balance as of | AUGUST | 72.78 | 0.00 | $ 72.78 |
| Balance as of | SEPTEMBER | 38.76 | 0.00 | $ 38.76 |
| Balance as of | OCTOBER | 70.59 | 0.00 | $ 70.59 |
| Balance as of | NOVEMBER | 120.67 | 0.00 | $ 120.67 |
| Balance as of | DECEMBER | 96.36 | 0.00 | $ 96.36 |
| Ending Balance: | JANUARY | 388.38 | 0.00 | $ 388.38 |

| Six month average balance: | 142.75 | 0.00 | $ 142.75 |
|---|---|---|---|
| 20% of six month average balance: | 28.55 | | |

| total expenditures for period: | 1193.40 |
|---|---|
| total income for period: | 1370.09 |

To the best of my knowledge, the above
summary information is true and accurate:

Title/Signed  Clerk IV  Julie Nonni

Date:  2/14/13

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20130214 07:50

| | | |
|---|---|---|
| Commit#: | W97372 | |
| Name: | WILLIAMS, DONALD, , | |
| Inst: | SOUZA-BARANOWSKI CORRECTIONAL | |
| Block: | G2 | |
| Cell/Bed: | 29 /A | |

SOUZA-BARANOWSKI CORRECTIONAL

Statement From 20120717
To 20130214

Page: 1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $7,294.62 211.69 | $7,082.93 | $0.00 0 | $0.00 |
| 20120720 22:30 | CN - Canteen | 21339695 | | SBCC | ~Canteen Date : 20120720 | $0.00 | $19.46 | $0.00 | $0.00 |
| 20120724 09:48 | IC - Transfer from Inmate to Club A/c | 21348872 | | SBCC | ~gtl phone~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20120724 13:15 | EX - External Disbursement | 21350602 | 68751 | SBCC | ~GIFT~BOTTLE THOUGHTS | $0.00 | $23.25 | $0.00 | $0.00 |
| 20120724 13:15 | IC - Transfer from Inmate to Club A/c | 21350603 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.45 | $0.00 | $0.00 |
| 20120725 09:37 | IC - Transfer from Inmate to Club A/c | 21356362 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.45 | $0.00 | $0.00 |
| 20120727 22:30 | CN - Canteen | 21379946 | | SBCC | ~Canteen Date : 20120727 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20120808 17:15 | IS - Interest | 21458976 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20120816 14:52 | IC - Transfer from Inmate to Club A/c | 21524265 | | SBCC | ~TS/BOXER/SOX~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $41.35 | $0.00 | $0.00 |
| 20120912 15:18 | IC - Transfer from Inmate to Club A/c | 21685013 | | SBCC | ~gtl phone~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20120912 17:06 | IS - Interest | 21696890 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20120914 22:30 | CN - Canteen | 21727636 | | SBCC | ~Canteen Date : 20120914 | $0.00 | $17.43 | $0.00 | $0.00 |
| 20120918 11:07 | ML - Mail | 21740812 | | SBCC | ~SHEKEIRA WILLIAMS PSTL 20385978265 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20120918 11:07 | MA - Maintenance and Administration | 21740815 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20120921 22:30 | CN - Canteen | 21772181 | | SBCC | ~Canteen Date : 20120921 | $0.00 | $15.59 | $0.00 | $0.00 |
| 20120926 10:12 | IC - Transfer from Inmate to Club A/c | 21788669 | | SBCC | ~gtl phone~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20120928 22:30 | CN - Canteen | 21812987 | | SBCC | ~Canteen Date : 20120928 | $0.00 | $19.36 | $0.00 | $0.00 |
| 20121005 22:30 | CN - Canteen | 21863981 | | SBCC | ~Canteen Date : 20121005 | $0.00 | $18.30 | $0.00 | $0.00 |
| 20121009 17:05 | IS - Interest | 21887693 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20121012 09:11 | ML - Mail | 21923420 | | SBCC | ~WU 14-563700441 SHEKEIRA S | $20.00 | $0.00 | $0.00 | $0.00 |
| 20121012 09:11 | MA - Maintenance and Administration | 21923422 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20121012 22:30 | CN - Canteen | 21926977 | | SBCC | ~Canteen Date : 20121012 | $0.00 | $16.35 | $0.00 | $0.00 |
| 20121019 22:30 | CN - Canteen | 21970023 | | SBCC | ~Canteen Date : 20121019 | $0.00 | $16.44 | $0.00 | $0.00 |
| 20121024 09:59 | IC - Transfer from Inmate to Club A/c | 21987160 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.45 | $0.00 | $0.00 |
| 20121024 14:49 | IC - Transfer from Inmate to Club A/c | 21988537 | | SBCC | ~postage contraband~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.45 | $0.00 | $0.00 |
| 20121026 22:30 | CN - Canteen | 22010801 | | SBCC | ~Canteen Date : 20121026 | $0.00 | $17.42 | $0.00 | $0.00 |
| 20121101 09:41 | ML - Mail | 22040008 | | SBCC | ~WU 14589627387 SHEKEIRA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121101 09:41 | MA - Maintenance and Administration | 22040011 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20121102 22:30 | CN - Canteen | 22052018 | | SBCC | ~Canteen Date : 20121102 | $0.00 | $57.48 | $0.00 | $0.00 |
| 20121105 17:06 | IS - Interest | 22073074 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20130214 07:50

| | | | |
|---|---|---|---|
| Commit# : | W97372 | SOUZA-BARANOWSKI CORRECTIONAL | Page: 2 |
| Name : | WILLIAMS, DONALD, , | Statement From 20120717 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To 20130214 | |
| Block : | G2 | | |
| Cell/Bed : | 29 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20121108 08:17 | ML - Mail | 22108311 | | SBCC | ~WU 14-534510804 SHEKEIRA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121109 22:30 | CN - Canteen | 22121693 | | SBCC | ~Canteen Date : 20121109 | $0.00 | $74.93 | $0.00 | $0.00 |
| 20121115 22:30 | CN - Canteen | 22156930 | | SBCC | ~Canteen Date : 20121115 | $0.00 | $55.69 | $0.00 | $0.00 |
| 20121119 11:00 | IC - Transfer from Inmate to Club A/c | 22170095 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.45 | $0.00 | $0.00 |
| 20121121 22:30 | CN - Canteen | 22197385 | | SBCC | ~Canteen Date : 20121121 | $0.00 | $14.35 | $0.00 | $0.00 |
| 20121126 10:46 | ML - Mail | 22205483 | | SBCC | ~SHEKEIRA WILLIAMS PSTL 20543383315 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121126 12:17 | VI - Visitation | 22206466 | | SBCC | ~MG 6909333737 SHEKEIRA WILLIAMS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121126 12:19 | VI - Visitation | 22206480 | | SBCC | ~S WILLIAMS MG 6909333736 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121126 14:51 | IC - Transfer from Inmate to Club A/c | 22207630 | | SBCC | ~holiday photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20121129 10:09 | IC - Transfer from Inmate to Club A/c | 22234379 | | SBCC | ~gtl phone~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20121130 22:30 | CN - Canteen | 22242967 | | SBCC | ~Canteen Date : 20121130 | $0.00 | $76.54 | $0.00 | $0.00 |
| 20121203 10:01 | IC - Transfer from Inmate to Club A/c | 22246928 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.45 | $0.00 | $0.00 |
| 20121206 08:59 | ML - Mail | 22281445 | | SBCC | ~WU 14-589626247 SHEKEIRA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20121206 08:59 | MA - Maintenance and Administration | 22281448 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20121207 22:30 | CN - Canteen | 22298219 | | SBCC | ~Canteen Date : 20121207 | $0.00 | $83.94 | $0.00 | $0.00 |
| 20121213 16:59 | IS - Interest | 22349534 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20121213 22:30 | CN - Canteen | 22357319 | | SBCC | ~Canteen Date : 20121213 | $0.00 | $51.51 | $0.00 | $0.00 |
| 20121220 22:30 | CN - Canteen | 22400691 | | SBCC | ~Canteen Date : 20121220 | $0.00 | $39.14 | $0.00 | $0.00 |
| 20121224 12:00 | ML - Mail | 22415986 | | SBCC | ~WU 14621329299 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121224 12:01 | ML - Mail | 22415991 | | SBCC | ~WU 14553779600 WILLIAMS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20121227 11:41 | IC - Transfer from Inmate to Club A/c | 22438798 | | SBCC | ~gtl phone~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20121227 12:27 | ML - Mail | 22439128 | | SBCC | ~MG 6912910039 S WILLIAMS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20121227 22:30 | CN - Canteen | 22444534 | | SBCC | ~Canteen Date : 20121227 | $0.00 | $77.85 | $0.00 | $0.00 |
| 20130104 22:30 | CN - Canteen | 22490515 | | SBCC | ~Canteen Date : 20130104 | $0.00 | $50.97 | $0.00 | $0.00 |
| 20130108 10:13 | IC - Transfer from Inmate to Club A/c | 22507544 | | SBCC | ~gtl phone~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20130111 22:30 | CN - Canteen | 22540175 | | SBCC | ~Canteen Date : 20130111 | $0.00 | $71.35 | $0.00 | $0.00 |
| 20130114 16:48 | IS - Interest | 22557043 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20130116 10:19 | ML - Mail | 22576184 | | SBCC | ~SHEKEIRA WILLIAMS PSTL 20721719215 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20130116 10:19 | MA - Maintenance and Administration | 22576187 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20130118 22:30 | CN - Canteen | 22600093 | | SBCC | ~Canteen Date : 20130118 | $0.00 | $73.40 | $0.00 | $0.00 |
| 20130124 13:30 | IC - Transfer from Inmate to Club A/c | 22628385 | | SBCC | ~GLOBAL-TEL - Z179~GLOBAL-TEL - Z179 | $0.00 | $15.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date : 20130214 07:50

| Commit# : | W97372 | SOUZA-BARANOWSKI CORRECTIONAL | Page 3 |
| --- | --- | --- | --- |
| Name : | WILLIAMS, DONALD, , | Statement From   20120717 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To   20130214 | |
| Block : | G2 | | |
| Cell/Bed : | 29 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20130124 14:59 | EX - External Disbursement | 22629102 | 72989 | SBCC | ~SUB~XXL MAG | $0.00 | $19.97 | $0.00 | $0.00 |
| 20130125 22:30 | CN - Canteen | 22636641 | | SBCC | ~Canteen Date : 20130125 | $0.00 | $28.19 | $0.00 | $0.00 |
| 20130129 08:54 | ML - Mail | 22645207 | | SBCC | ~WU 14642837417 STOCKTON ST | $50.00 | $0.00 | $0.00 | $0.00 |
| 20130201 09:31 | ML - Mail | 22672546 | MO | SBCC | ~WU 14643452351 LATTIMORE | $340.00 | $0.00 | $0.00 | $0.00 |
| 20130201 09:31 | MA - Maintenance and Administration | 22672549 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20130201 22:30 | CN - Canteen | 22676165 | | SBCC | ~Canteen Date : 20130201 | $0.00 | $67.92 | $0.00 | $0.00 |
| 20130211 10:26 | IC - Transfer from Inmate to Club A/c | 22726827 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20130212 09:14 | ML - Mail | 22734108 | | SBCC | ~MUTUAL ONE BANK 70987 RYAN SANCHOS | $50.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,370.09 | $1,193.40 | $0.00 | $0.00 |

Handwritten annotation: 388.38

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $388.38 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $388.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



The Commonwealth of Massachusetts
Massachusetts Correctional Institution
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

U.S. DISTRICT COURT
CASHIER 2300
1 COURTHOUSE WAY
BOSTON, MA 02210

02210$3002 0079

UNITED STATES POSTAGE
02 1M
0008007135
MAILED FROM ZIPCODE 01464
$ 00.86⁰
FEB 15 2013
PITNEY BOWES

USMS SCREEN