UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEKEIRA WILLIAMS and DONALD WILLIAMS,<br><br>    Plaintiffs,<br><br>       v.<br><br>LUIS S. SPENCER, et al.,<br><br>    Defendants. | Civil Action No.<br>13-10083-FDS |

## ORDER

**SAYLOR, J.**

1. Plaintiffs' motions for leave to proceed *in forma pauperis* are GRANTED.

2. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses Donald Williams an initial partial filing fee of $31.00. The remainder of his portion of the filing fee, $144.00, shall be collected in accordance with 28 U.S.C. § 1915(b)(2).[1] The Clerk shall send a copy of this Order to the treasurer of the institution having custody of Donald Williams.

3. The Clerk shall issue summonses and mail them to Shekeira Williams with forms and instructions for service by the United States Marshal. The United States Marshal shall serve a copy of the summonses, complaint, and this order upon defendants as directed by plaintiffs with all costs of service to be advanced by the United States.

4. Plaintiffs shall have 120 days from the date of the issuance of summonses to complete service.

5. If properly served, defendants are required to respond to the complaint. *See* 42 U.S.C. § 1997e(g)(2).

**So Ordered.**

Dated: March 18, 2013

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

---

[1] As the Court noted in its earlier order, Donald Williams is responsible for one-half the $350 filing fee.