# U.S. Department of Justice / United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Shekeira Williams, et al. | **COURT CASE NUMBER** 13-cv-10083-FDS |
| **DEFENDANT** Luis S. Spencer, et al. | **TYPE OF PROCESS** Civil |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bruce Gelb, Superintendent

**AT** ADDRESS: SBCC, Harvard Road, Shirley, Ma. 01464-8000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shekeira Williams
16 Stockton Street
Dorchester, Ma. 02124

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 6
- Check for service on U.S.A.:

FILED IN CLERKS OFFICE
2013 MAY 10 PM 12:52
AFFIDAVIT
U.S. DISTRICT COURT
DISTRICT OF MASS

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA
2013 APR 23 PM 3:36

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

His work hours I believe are Monday thru Friday from 8 a.m. to 5 p.m.

Signature of Attorney or other Originator requesting service on behalf of: **X PLAINTIFF** □ DEFENDANT
Shekeira Springer Williams
TELEPHONE NUMBER: 617-676-7889
DATE: 4/1/13

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 4/23/13 |
|---|---|---|---|---|---|
| | 6 | | | | |

I hereby certify and return that I have personally served, □ have legal evidence of service, □ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Laura McCollough

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/1/13   Time: 1:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $175 | $44.00 | | 219.00 | | | |

**REMARKS:**

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)