UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10083-FDS

SHEKEIRA WILLIAMS, et al., pro se,
    Plaintiffs,
v.

LUIS SPENCER, et al.,
    Defendants.

## MASSACHUSETTS DEPARTMENT OF CORRECTION DEFENDANTS' MOTION TO ENLARGE TIME

Massachusetts Department of Correction defendants, Commissioner Luis Spencer; Souza-Baranowski Correctional Center Superintendent Bruce Gelb; Director of Security Brian McDonald; Lieutenant Nestor Cruz; Sergeant Lawrence Amblo; and Correction Officer Lesley Pierre ("Department Defendants"),[1] hereby request an enlargement of time, up to and including July 12, 2013, within which to respond to the above-referenced complaint.

As reasons therefor, counsel states that although five of the Department Defendants were served on May 1, 2013 and one on May 7, 2013, this case was just assigned to undersigned counsel on May 23, 2013, and Monday, May 27, 2013, was Memorial Day.  In addition, after a review of the complaint, counsel anticipates that further investigation will be necessary prior to responding to the complaint, and counsel will need additional time in which to do so.  Counsel also states that due to counsel's current caseload, additional time is required.

WHEREFORE, the above named Department Defendants respectfully request an enlargement of time, up to and including July 12, 2013, within which to respond to the plaintiffs' complaint.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

---

[1]     Deputy Superintendent Osvaldo Vidal has not been served in this matter.  See Docket Sheet.

DATED:  May 29, 2013                    /s/ C. Raye Poole
                                        C. Raye Poole
                                        B.B.O. # 632719
                                        Department of Correction
                                        Legal Division
                                        70 Franklin Street, Suite 600
                                        Boston, MA 02110
                                        (617) 727-3300 ext. 147
                                        CRPoole@doc.state.ma.us

Certificate of Service

    I, C. Raye Poole, counsel for the above named defendants, hereby certify that on this 29th day of May 2013, I served a copy of the above motion by first class mail, postage prepaid, on the plaintiff, Donald Williams, W-97372, at his last known address, SBCC, P.O. Box 8000, Shirley, MA  01464, and on the plaintiff, Shekeira Williams, at her last known address, 16 Stockton Street, Dorchester, MA  02124.

                                               /s/ C. Raye Poole
                                               C. Raye Poole