Mr. Donald Williams
SBCC
P.O. Box 8000
Shirley, Ma. 01464

Sarah A. Thornton, Clerk
United States District Court         Dated: July 15, 2013
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Re: Williams, et al. v. Spencer, et al.,
    No. 13-cv-10083-FDS

Dear Ms. Thornton:

   When my wife and I had originally received the summons package from this court to make service on the defendants, the summons and process form for Osvaldo Vidal was not in the package, therefore we were unable to provide it to the Marshal to make service. Can you please send me or my wife the summons and form for Deputy Superintendent, Osvaldo Vidal?

   Thank you for your attention and cooperation in this matter.

                              Sincerely yours,

                              Donald Williams, pro se

2013 JUL 22 P 2:42
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE