UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Shekeira Williams, et al.,

    Plaintiffs,

v.

Luis S. Spencer, et al.,

    Defendants.

FILED
IN CLERKS OFFICE

2013 AUG 26 P 12: 46

No. 13-10083-FDS

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR THE APPOINTMENT OF COUNSEL (II)

Now comes the Plaintiff, Shekeira Williams, in the above-civil action moves this Honorable Court for the appointment of counsel. In support of the Plaintiff's second request for the appointment of counsel, she states:

    1. She is a layperson who rights were violated by the Department of Correction, namely the Defendants at Souza Baranowski Correctional Center.

    2. She is incapable of litigating this civil matter effectively and would be best represented by an experienced counsel.

    3. The person who had put together this lawsuit for her and her husband is a prisoner by the name of Tony Gaskins. He has attached an affidavit in support of this motion/petition. Mr. Williams, too, would be incapable of prosecuting this civil matter, whereas he is law illiterate and inca- to move forward as a pro se plaintiff/litigant.

4. The claims alleged by the plaintiffs are not frivolous and counsel should be appointed in this matter in the interest of fairness and justice.

Respectfully Submitted,

*/s/ Shekeira Williams*

Shekeira Williams, pro se
16 Stockton Street
Dorchester, Ma. 02124

Dated: 8/7/13

## CERTIFICATE OF SERVICE

I, Shekeira Williams, certify that I caused a copy of the "Motion For The Appointment of Counsel (II)," to be served upon the attorney of record by hand.

*/s/ Shekeira Williams*

Shekeira Williams, pro se

Dated: 8/8/13