## AFFIDAVIT OF TONY GASKINS

I, Tony Gaskins, hereby depose and state the following to be true, that:

1. I am a jailhouse lawyer who is currently incarcerated at Souza Baranowski Correctional Center.

2. I was approached by Donald Williams, who is the husband of Shekeira Williams, about helping them put together a lawsuit for the mistreatment of Mrs. Williams when she visited with him when he was in segregation.

3. I am the author of the pending lawsuit in this matter and I can attest that Mrs. Williams and Mr. Williams does not have any ability to prosecute this civil action without the assistance of an attorney.

4. By law I am unable to represent them in this matter. I cannot be their counsel and they do have meritorious claims against the Defendants, and it would be in the interest of justice that this court appoints them counsel to properly bring forth the claims as alleged within the complaint.

Signed under the pains and penalties of perjury.

Dated: 7/21/13

Tony Gaskins, W52145
SBCC
P.O. Box 8000
Shirley, Ma. 01464