UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Shekeira Williams, et al.,

    Plaintiffs,

v.

Luis S. Spencer, et al.,

    Defendants.

Civil Action
No. 13-10083-FDS

### MOTION FOR WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

Now comes the Plaintiff, Shekeira Williams, in the above-civil matter moves this Honorable Court to issue a "haeb" to have Tony B. Gaskins, W52145, who resides as a prisoner at Souza Baranowski Correctional Center, 1 Harvard Road, Shirley, Ma. 01464, brought before this court on any hearing conducted on her "Motion For The Appointmentr of Counsel."

As Mr. Gaskins was helping the plaintiffs with said litigation, his testimony is critical for the basis of her motion and supports the appointment of counsel in this matter. Based on Mr. Gaskins' affidavit attached as an exhibit to the motion filed herewith, the defendants are deliberately interfering with his ability to help the plaintiffs in this civil action.

Respectfully Submitted,

Shekeira Williams, pro se
16 Stockton Street
Dorchester, Ma. 02124

Dated: