Mrs. Shekeira Williams
16 Stockton Street
Dorchester, Ma. 02124

Sarah A. Thornton, Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Dated:

2013 OCT -4 P 1:01

Re: Williams, et al. v. Spencer, et al.,
    No. 13-cv-10083-FDS

Dear Ms. Thornton:

When you had sent me the summons for Osvaldo Vidal, Deputy Superintendent, I had sent to a jailhouse lawyer at Souza Baranowski Correctional Center named, Tony Gaskins. He is the one helping with this civil action. He filled out the forms for me and mailed them back to me to submit to the U.S. Marshals for service, but the administration at the prison is holding onto any letters mailed to me by Mr. Gaskins, in an attempt to harm a successful litigation of this matter by me.

So, once again, I will need for you to send me a summons and service of process forms for me to fill out so that I can serve the last defendant in this matter, Osvaldo Vidal, Deputy Superintendent.

Thank you for your attention to this matter.

Sincerely,

*Shekeira Springer* (signature)
Shekeira Williams, pro se

cc/file