# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION
### SOUZA-BARANOWSKI CORRECTIONAL
### INCIDENT REPORT

**Incident Report #** : 1001041  **Incident Time** : 19:50  **Date:** 06/03/2012  **Place Occurred:** J3

**Codes & Subject** : INMATE RELATED   VISITING ROOM AREA
Contraband Found Drug/Alcohol

**Reported By** : Spring Gregory S  CO II   **Department:** Security   **Reported Date:** 06/03/2012

**Description** :
On Sunday June 3, 2012, at approximately 7:50 p.m., I, Sgt Spring while assigned to #174 SMU Lt. was informed by C.O. Pierre that he had found a package on a chair in the South-SMU visiting room.

While bringing a visit into the South-SMU C.O. Pierre noticed a package lying on top of the last chair in the visiting room. When I opened the package in the control room it was discovered that it was a plastic baggie filled with a green leafy substance and two smaller bags with approximately 60 individually wrapped orange pills. At this time #115 Sgt. Pacheco was notified of the situation. Upon telling #108 Lt. Peladeau, he instructed me to cancel the visits and to remove and strip all three inmates that were in the visiting room. In visit #1 inmate ███████████ was terminated from seeing ███████. In visit #2 inmate Williams, Donald #W97372 was terminated from seeing Shakira Springer. In visit #3 inmate ███████████ was terminated from seeing ███████ The visits where then escorted out of the South-SMU by IPS officer Wozniak. After the visits where escorted out of the South-SMU a search of the inmates cells and visiting room were conducted.

At approximately 8:30 p.m., the search of the inmates cell resulted in no contraband found. While I was conducting the search of the visiting room, two more packages were found taped to the underside of the desk in visiting area #3. Upon finding more packages I left them taped to the desk, so they could be photographed. I then notified #108 Lt. Peladeau of the new situation. At approximately 8:45 p.m. IPS officer Goden arrived at the South-SMU and photographed the area and took the packages. E.O.R.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W97372 | WILLIAMS DONALD | G2 |
| Inmate | | | |
| Inmate | ███████ | | K2 |
| Inmate Visitor | | SPRINGER SHAKIRA | |
| Inmate Visitor | | ███████ | |
| Inmate Visitor | | | |
| Staff | | Spring Gregory S | |

**Entered By:** Spring Gregory S  CO II

**Supervisor :** Peladeau Peter J  CO III   **Date:** 06/03/2012
**Comments :**

**Shift Commander:** Williams Shelley   **Date:** 06/03/2012
**Comments :** The 3 inmates were stripped and their cells were searched with negative results.


EXHIBIT A