UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10083-FDS

SHEKEIRA WILLIAMS, et al., pro se,
    Plaintiffs,

v.

LUIS SPENCER, et al.,
    Defendants.

## AFFIDAVIT OF BRUCE GELB

I, Bruce Gelb, do hereby depose and state as follows:

1. I am the Superintendent of Souza-Baranowski Correctional Center ("SBCC"), located in Shirley, Massachusetts. I began my position as the SBCC Superintendent on June 24, 2012. SBCC is currently the only maximum security prison within the Department of Correction ("Department").

2. The statements contained herein are based upon my personal knowledge and/or my review of the Department's records, which are kept during the normal course of business at SBCC.

3. Preventing the introduction of drugs into the Department's facilities is one of the Department's foremost priorities. One of the ways in which the introduction of drugs occurs is through visitors. Consequently, in response to an increase of drug and other contraband–related incidents involving visitors, the Department will now be using narcotic detection dogs in its facilities. As set forth in the Commissioner's statement on the Department's website regarding the use of narcotic detection dogs:

> Drugs in prison contribute to violence, compromise the health and safety of staff and inmates and hamper inmates' efforts to re-enter society addiction free. The presence of illegal drugs in DOC facilities encourages further criminal behavior


EXHIBIT A

2

and the disciplinary consequences that result impede inmates' chances for parole and to step down to lower security levels.

(Commissioner's Statement, attached hereto as Ex. 1.)

4. When an inmate is housed in a Special Management Unit ("SMU"), his visits occur in a non-contact SMU visiting room.

5. Visits in the SMU visiting rooms are scheduled 24 hours in advance on the following days: Sundays, Wednesdays, and Fridays. SMU visits occur during the following time periods: 9 a.m. to 10 a.m.; 10 a.m. to 11 a.m.; 1 p.m. to 2 p.m.; 7 p.m. to 8 p.m.; and 8 p.m. to 9 p.m.

6. At that time, SMU visiting rooms were routinely inspected before and after each visiting group. In addition, the SMU visiting rooms and other common areas are inspected for contraband and other security issues at the beginning of each shift. Thus, one of the times that the SMU visiting rooms are inspected is on or about 3 p.m., following shift change, i.e., before the evening SMU visits begin.

7. On Sunday June 3, 2012 plaintiff Shekeira Springer ("Springer") entered SBCC for a 7 p.m. visit with plaintiff Donald Williams W97372 ("Williams"). (Springer's Visitor Form, attached hereto as Ex. 2.[1])

8. Because Williams was housed at that time in the J3 SMU, his visit with Springer on that evening occurred in the South-SMU ("SSMU") visiting room. (Visit Schedule for SSMU for week ending June 9, 2012, attached hereto as Ex. 3.)

9. The SSMU visiting room has three booths. Thus, it can accommodate three visits during each time period. After being processed, the visitors are escorted to the SSMU visiting room by

---

[1] Criminal Offender Record Information of other inmates; the names and personal data of private citizens; the personal data of Springer; and Intelligence Information have been redacted

3

a Correction Officer. There is no Correction Officer present in the room during the visits.

10.  According to the Department's records, the following transpired: On June 3, 2012 at approximately 7:50 p.m., two visits were being held in the SSMU. A female visitor ("Visitor One") was seated at visit booth # 1 visiting with an inmate. Springer was seated at booth # 2 visiting with Williams. The door to the SSMU was closed. While these two visits were in progress, Correction Officer Pierre ("CO Pierre") opened the SSMU visiting room door to allow a third visitor ("Visitor Three") to enter for a visit. Upon pulling out the chair to booth # 3 for Visitor Three, CO Pierre observed a package on top of the chair. He opened the package, which contained a plastic baggie filled with a green leafy substance (consistent with marijuana) and two smaller bags with approximately 60 individually wrapped orange pills (consistent with Suboxone). The visits were terminated. Visitor One and Springer were informed by Inner Perimeter Security ("IPS") Officer Wozniak that they needed to come with him for questioning. All three visitors were escorted to the lobby. Visitor Three left the facility. The State Police arrived and interviewed Visitor One and Springer individually, with the assistance of IPS Officers Wozniak and Goden. Both Visitor One and Springer were read their <u>Miranda</u> rights by the State Police. Both denied any involvement in the package found in the SSMU visiting room. (Incident Reports and Mem., attached hereto as Ex. 4.) Both Visitor One and Springer consented to a search of their vehicles. Both vehicles were searched with negative results. (Ex. 4; Springer's waiver forms, attached hereto as Ex. 5.) Visitor One and Springer were informed that they were free to leave the institution, however, they would not be allowed to enter any Department facility until they were given permission from then Superintendent Mendonsa. (Ex.

---

from all documents attached as exhibits.

4

4.) A search of the SSMU visiting room resulted in the discovery of two more packages of contraband taped to the underside of the desk in visiting booth # 3. (Ex. 4; photographs, attached hereto as Ex. 6.)

11. As a result of this incident, on June 4, 2012 then Superintendent Mendonsa barred both Visitor One and Springer from visiting any Department correctional institution or facility for one year. (Visitor One and Springer's visitation bar letters, attached hereto as Ex. 7.)

12. Both Visitor One and Springer appealed the visitation bars. On June 26, 2012 I denied both appeals, based upon the seriousness of the incident, the introduction of drugs into SBCC; and because the matter was currently under investigation. (Appeals and Superintendent's denial letters, attached hereto as Ex. 8; Ex. 3.)

13. On May 6, 2013 Springer resubmitted her request for reinstatement, which I allowed, effective June 4, 2013. (Springer's request and Superintendent's reinstatement letter, attached hereto as Ex. 9.)

14. Because the Department was unable to ascertain who introduced the drugs into the facility, I did not refer this incident to the District Attorney's Office.

15. Although Springer was barred from visiting Williams for a period of one year, she and Williams were able to communicate by way of telephone and/or mail.

Signed under the pains and penalties of perjury this 2nd day of November 2013.

_____
Bruce Gelb

Commissioner, Luis S. Spencer



The Department of Correction's vision is to effect positive behavioral change in order to eliminate violence, victimization and recidivism.

Our mission is to promote public safety by managing offenders while providing care and appropriate programming in preparation for successful reentry into the community.

Manage - Care - Program - Prepare

About the Use of Narcotic Detection Dogs

Drugs in prisons contribute to violence, compromise the health and safety of staff and inmates and hamper inmates' efforts to re-enter society addiction free. The presence of illegal drugs in DOC facilities encourages further criminal behavior and the disciplinary consequences that result impede inmates' chances for parole and to step down to lower security levels.

As its policies and procedures reflect, The Department of Correction (DOC) is committed to both staff and inmate safety and to giving inmates a meaningful chance to benefit from re-entry and other programs that strengthen their chances for post-release success. In that context and in response to an increase in drug and other contraband-related incidents involving visitors, the DOC will soon employ the use of dogs, trained to detect the presence of drugs, to address this problem.

Important Facts About the Searches:

The dogs, which are Labrador and Golden Retrievers chosen for their inherently gentle natures are referred to as "passive" which is a reference both to how they behave during a search. These dogs are always on a leash and handled by trained personnel, who will walk them past the line of visitors. They have been carefully trained to detect the presence of drug by smell and to alert their handlers to that detection by merely sitting down.

- The dogs do not bark, snarl, paw, or lunge at the individual who alerts them;
- The searches will be random and will not occur every day;
- If the dog alerts to the presence of drugs, the visitor will be asked to step out of line and consent to a search by correctional staff. If the visitor refuses, he or she will not be allowed to visit the inmate and must leave the facility.
- The use of passive, trained canines for these purposes is common practice in correctional settings.

Below is a picture of one of the actual dogs the DOC will use to do this work. Click it to see a 40-second demonstration of the search procedure. Please note that this video is an excerpt from the 5-minute video that has been playing on a loop in the visitor's lobby for the past several weeks and is subtitled in both English and Spanish. The longer video also details procedures for visitors who have allergies or generally fear contact with dogs. For the full video, click on the YouTube link below.

Click here 📄 for a quick reference fact sheet on this important security measure and supporting statistics

http://www.mass.gov/eopss/agencies/doc/

EXHIBIT
1

INSTITUTION: 6-3-12

## MASSACHUSETTS DEPARTMENT OF CORRECTION
## REQUEST TO VISIT INMATE

GENERAL LAW, CHAPTER 127, SECTION 36
(As amended by the acts of 1941, 1955 and 1962)

No person except the Governor, members of the Governor's Council, members of the General Court, Justices of the Supreme Judicial Court, Superior Court or District Court, Attorney General, District Attorney, Commissioner and Deputy Commissioner of the Department of Correction, members of the Parole Board, Parole or Probation Officers may visit any Correctional Institution of the Commonwealth or any Jail or House of Correction without the permission of the Commissioner or the Superintendent of such institution or the Keeper of such Jail or House of Correction. Every visitor who is required to obtain such permission shall make and subscribe a statement under the penalties of perjury stating their true name and residence, whether or not they have been convicted of a felony and if visiting an inmate of such institution, their relationship by blood or marriage, if any, to such inmate and if not so related, the purpose of the visit.

### WARNING

Anyone who willfully provides false information on the visitation form shall be guilty of perjury and subject to the penalty of imprisonment in a state prison for up twenty years, or a one thousand dollar fine, or imprisonment in a jail for up two and one half years or both imprisonment in a jail and a fine. M.G.L. c. 268 1, 1A.

I request permission to visit __Donald Williams Jr W97372__

### PLEASE ANSWER THE FOLLOWING QUESTIONS

1) Have you been convicted of a felony?  Yes / **No**

2) What, if any, is your relationship to the above inmate?  **Girlfriend** (ex: wife, son, daughter)

4) Do you visit any other inmate at this facility?  Yes / **No**

6) I have locked up my car and my valuables.  **Yes** / No

8) I have read the rules & regulations regarding visits posted in the lobby.  **Yes** / No

1a) Have you ever been sentenced to a Correctional facility?  Yes / **No**

3) If not related, what is purpose for visit?  **Social** (ex: social, business, attorney)

5) Are you currently barred from any correctional facility?  Yes / **No**

7) Have any Minor Children accompanying you into the visit been a victim of the inmate's present or past offenses?  Yes / **No**

9) Are you a member of the news media or a media representative?  Yes / **No**

9a) If yes, are you visiting for the purpose of developing a story for potential publication or broadcast?  Yes / **No**

My residence is (Home Address)  Number  Street  City  State  Zip

Visitor's true name __SHEKEIRA SPRINGER__  Print

Vehicle Registration _____  ID # Type _____

### MADE AND SUBSCRIBED UNDER THE PENALTIES OF PERJURY

LOCKER # _____  VISITOR # _____

VISITOR IN: _____  INMATE IN: _____  VISITOR OUT: _____

OFFICER: _____  DATE: _____

EXHIBIT 2

Visit Schedule:   South SMU   J3/K3                                                                  WEEK ENDING: 6/9/12

| Time | Sun 6/3 Name of Visitor | CO Initials | Wed 6/6/12 Name of Visitor | CO Initials | Fri 6/8/12 Name of Visitor | CO Initials |
|---|---|---|---|---|---|---|
| 9:00am to 10:00am | ■■■ | ⊕ | | | | |
| 9:00am to 10:00am | ■■■ | ⊕ | | | | |
| 9:00am to 10:00am | ■■■ | ⊕ | | | | |
| 10:00am to 11:00am | ■■■ | ⊕ | ■ | | | |
| 10:00am to 11:00am | ■■■ | ⊕ | ■■ | ⊕⊕ | ■■ | ⊕ |
| 10:00am to 11:00am | ■■■ | ⊕ | | | | |
| 1:00pm to 2:00pm | ■■■ | ⊕⊕ | ■■ | ⊕ | | |
| 1:00pm to 2:00pm | ■■■ | ⊕⊕ | ■ | | | |
| 1:00pm to 2:00pm | ■■■ | | | ✓/A | | |
| 7:00pm to 8:00pm | S.Rivers/Donald williams MC | ⊕ | | | | |
| 7:00pm to 8:00pm | Visitor 1 | ⊕ | | | | |
| 7:00pm to 8:00pm | Visitor 3 | ⊕ | | | ■■ | ⊕ |
| 8:00pm to 9:00pm | | AJ | | | | |
| 8:00pm to 9:00pm | | | | | | |
| 8:00pm to 9:00pm | | | | | | |

Two visits per week  **  SCHEDULED 24 Hours in advance  **  1 Adult  ** NO Childre
INMATES ON ISOLATION STATUS CAN ONLY RECEIVE ATTORNEY VISITS

**EXHIBIT 3**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### SOUZA-BARANOWSKI CORRECTIONAL
### INCIDENT REPORT

**Incident Report # :** 1001022   **Incident Time :** 19:50   **Date:** 06/03/2012   **Place Occurred:** S SMU: Control Rm E2-16

**Codes & Subject :** INMATE RELATED   VISITING ROOM AREA
Contraband Found Drug/Alcohol
Suspicious

**Reported By** : Pierre Lesly  CO I   **Department:** Security.   **Reported Date:** 06/03/2012

**Description** : On 20120603 at approximately 1950 I Officer Pierre while assigned to the SSMU did find contraband in the SSMU visiting room.
At approximately 1950 I Officer Pierre opened the SSMU visiting room door to allow visit Visitor 3 to enter the non-contact visiting room and visit Inmate ▉▉▉ of K3 cell # 5. I then discovered a suspicious bag on one of the plastic chairs in front of visit # 3. Also in the visiting room was Visitor 1 visiting Inmate ▉▉▉ of K3 cell 18 sitting at visit # 1 and Ms. Shakira, Springer visiting Inmate Williams, Donald W97372 of J3 cell # 15 sitting at visit # 2. I then confiscated the item in question and exited the visiting room. I notified the Area supervisor Sgt. Spring. It was determined that the package was consistant with possible illegal drugs. The package contained two packages of approximately 20 to 30 orange pills and a bag of a green leafy plant matter possibly marijuana. The level supervisor Sgt. Pacheco was notified of the suspicious package. All items in question were turned over to the Inner Perimeter Security Team. All proper authorities have been notified regarding this incident.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Staff | | Pierre Lesly | |
| Inmate | ▉ | ▉ | K2 |
| Inmate | | | |
| Inmate | W97372 | WILLIAMS DONALD | G2 |

**Entered By:** Pierre Lesly  CO I

**Supervisor :** Peladeau Peter J  CO III   **Date:** 06/03/2012

**Comments :** 66 pills were found and an additional two packages believed to be marijuana. State police notified and responded to SBCC.

**Shift Commander:** Williams Shelley   **Date:** 06/03/2012

**Comments :** The 3 inmates were stripped and their cells were searched with negative results.

EXHIBIT 4

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### SOUZA-BARANOWSKI CORRECTIONAL
### INCIDENT REPORT

Incident Report # : 1001041    Incident Time : 19:50    Date: 06/03/2012    Place Occurred: J3

Codes & Subject : INMATE RELATED    VISITING ROOM AREA / Contraband Found Drug/Alcohol

Reported By : Spring Gregory S  CO II    Department: Security    Reported Date: 06/03/2012

Description : On Sunday June 3, 2012, at approximately 7:50 p.m., I, Sgt Spring while assigned to #174 SMU Lt. was informed by C.O. Pierre that he had found a package on a chair in the South-SMU visiting room.

While bringing a visit into the South-SMU C.O. Pierre noticed a package lying on top of the last chair in the visiting room. When I opened the package in the control room it was discovered that it was a plastic baggie filled with a green leafy substance and two smaller bags with approximately 60 individually wrapped orange pills. At this time #115 Sgt. Pacheco was notified of the situation. Upon telling #108 Lt. Peladeau, he instructed me to cancel the visits and to remove and strip all three inmates that were in the visiting room. In visit #1 inmate [REDACTED] was terminated from seeing Visitor 1. In visit #2 inmate Williams, Donald #W97372 was terminated from seeing Shakira Springer. In visit #3 inmate [REDACTED] was terminated from seeing Visitor 3. The visits where then escorted out of the South-SMU by IPS officer Wozniak. After the visits where escorted out of the South-SMU a search of the inmates cells and visiting room were conducted.

At approximately 8:30 p.m., the search of the inmates cell resulted in no contraband found. While I was conducting the search of the visiting room, two more packages were found taped to the underside of the desk in visiting area #3. Upon finding more packages I left them taped to the desk, so they could be photographed. I then notified #108 Lt. Peladeau of the new situation. At approximately 8:45 p.m. IPS officer Goden arrived at the South-SMU and photographed the area and took the packages. E.O.R.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W97372 | WILLIAMS DONALD | J3 |
| Inmate | [REDACTED] | [REDACTED] | K3 |
| Inmate | [REDACTED] | [REDACTED] | K3 |
| Inmate Visitor | | SPRINGER SHAKIRA | |
| Inmate Visitor | | Visitor 1 | |
| Inmate Visitor | | Visitor 3 | |
| Staff | | Spring Gregory S | |

Entered By:  Spring Gregory S  CO II

Supervisor :  Peladeau Peter J  CO III    Date:  06/03/2012

Comments :

Shift Commander:  Williams Shelley    Date:  06/03/2012

Comments :  The 3 inmates were stripped and their cells were searched with negative results.

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION
### SOUZA-BARANOWSKI CORRECTIONAL
### INCIDENT REPORT

**Incident Report #:** 1001066    **Incident Time:** 23:45    **Date:** 06/03/2012    **Place Occurred:** Outer Control A1-16

**Codes & Subject:** INSTITUTION RELATED    Inquiry Citizen

**Reported By:** Kurzeski Jason M  CO II    **Department:** Security    **Reported Date:** 06/03/2012

**Description:** On Sunday June 3, 2012 I, Sgt. Kurzeski while assigned as the Outer Control did receive a phone call at approximately 11:25 p.m. from a female who identified herself as ▇▇▇▇▇▇▇▇ The nature of the call was that she was inquiring about her friend Shekeira Springer who was at the institution to visit inmate Williams, Donald W97372. ▇▇▇▇▇▇▇ was asking about the status of Ms. Springer, wondering if she has left the institution yet from her visit. I did obtain a contact phone number for ▇▇▇▇▇▇▇ and explained that I would check on the status of Ms. Springer and call her back. Be advised Ms. Springer was still at the institution being questioned by IPS and the State Police for suspicion of bringing drugs into the institution. Capt. Doher was made aware of this phone call and instructed me to call ▇▇▇▇▇▇ back at the contact number once Ms. Springer did leave the institution. At approximately 11:45 I did contact ▇▇▇▇▇▇ and told her that Ms. Springer did leave the institution. ▇▇▇▇▇▇ response was "damn what took so long for her to leave." I told ▇▇▇▇▇▇ that I did not know why it took so long and ended the phone call.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Entered By: | Kurzeski Jason M  CO II | | |

**Supervisor:**    **Date:**
**Comments:**

**Shift Commander:** Doher Glenn A    **Date:** 06/04/2012
**Comments:**




**The Commonwealth of Massachusetts**
*Executive Office of Public Safety & Security*
*Department of Correction*
*Souza-Baranowski Correctional Center*
*P.O. Box 8000*
*Shirley, MA 01464*

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Mary Elizabeth Heffernan**
Secretary

*Office #(978) 514-6500*
*Fax: #(978) 514-6529*

**Luis S. Spencer**
Commissioner
**Peter A. Pepe, Jr.**
**Katherine A. Chmiel**
Deputy Commissioners
**Paul L. DiPaolo**
Acting Deputy Commissioner
**Anthony M. Mendonsa**
Superintendent

TO: Anthony Mendonsa, Superintendent

THRU: Lt. Nestor Cruz, IPS Commander and Douglas Bower, Director of Security and Osvaldo Vidal, Deputy Superintendent

FROM: IPS Officer Bryan Wozniak, SBCC IPS Unit

DATE: Sunday, June 03, 2012

RE: Narcotics found in SSMU non-contact VR

On Sunday, June 3, 2012 at approximately 2030 hrs. Lt. Pete Peladeau called me IPS Officer Bryan Wozniak via radio to report to the South Special Management Unit. I met Lt. Peladeau on level 3 where he informed me that a package of what appeared to be Suboxone and Marijuana was found in the visitor side of the non-contact visiting room in the SSMU. Lt. Peladeau and I reported to the SSMU pod where we discussed how we were going to handle removing the three (3) visitors and the three (3) inmates from the area.

At this time I was informed how the package was discovered by Officer Leslie Pierre. Officer Pierre did escort visitor [Visitor 3] from the front lobby to the SSMU to visit inmate [redacted]. There were already two (2) visits in progress when Officer Pierre and [Visitor 3] arrived in the visiting room in the SSMU, Officer Pierre pulled the chair out from the visit booth #3 when he discovered a package sitting on top of the chair he just pulled out. Officer Pierre picked up the package and had [Visitor 3] sit down for the visit. The visitors already in the visiting room were [Visitor 1] visiting


inmate [REDACTED] in visit booth #1 and Shekeira Springer [REDACTED] visiting inmate WILLIAMS, Donald W97372 in visit booth #2.

Once informed of how the package was found, I reported to the Inner Perimeter Security Office to call and inform the IPS Commander Nestor Cruz of the situation. IPS Officer Carlos Goden and IPS Officer Wozniak reported to the SSMU to escort the visitors to the lobby in the administration building. Upon arriving at the SSMU I informed [Visitor 1] and Ms. Springer that I needed them to come with me for questioning. Female Officer Jessica DeJesus, Lt. Peladeau and IPS Officer Wozniak escorted the three visitors to the Lobby. [Visitor 3] leaves the property at this time. [REDACTED] and Ms. Springer are escorted to their lockers to retrieve their belongings before being escorted to the Roll Call Room. Female Officer Maria Montanez and Female Sgt. Heather Lindgren reported to the Roll Call Room to relieve Officer DeJesus. At this time Officer Montanez escorted Ms. Springer to the front lobby area, in order to separate the two suspects.

Lt. Peladeau informed IPS Officers Wozniak and Goden that two (2) more packages were discovered duct taped to the underside of visit booth #3. The packages were reportedly large and full of what appeared to be Marijuana. **At this time IPS Officer Goden reported to the SSMU to take photographs and take control of the evidence.**

Massachusetts State Trooper Dave Lambirth of the Leominster Barracks arrived at Souza Baranowski Correctional Center at approximately 2135 hrs. Trooper Lambirth was informed of the situation. Trooper Lambirth was escorted to the Roll Call Room to interview [Visitor 1] Trooper Lambirth read [Visitor 1] her Miranda rights and was questioned by Trooper Lambirth and IPS Officer Goden. [Visitor 1] was cooperative and answered all questions, but denied having anything to do with the packages discovered in the SSMU visiting room. [Visitor 1] stated that her and Ms. Springer did exchange phone numbers a few weeks ago and do attend visits at the facility together but take separate vehicles. When asked if she would be willing to submit to a strip search and a search of her vehicle, she agreed and signed Attachment A, Permission to Search Waiver form. [Visitor 1] was escorted out of the Roll Call Room and Ms. Springer was escorted into the Roll Call Room to be interviewed. At this time Trooper Doug Grout arrived at the institution to assist in the investigation. Ms. Springer was read her Miranda rights by Trooper Lambirth. Ms. Springer also was cooperative with questioning and denied any involvement with the package found in the SSMU visiting room. When asked about her

relationship with [Visitor 1] she stated that they met while visiting at the facility and they only meet at the facility. Ms. Springer also stated that she exchanged phone numbers a couple weeks ago when [Visitor 1] told her she was trying to put together a fundraiser for her husband to pay for attorney fees. Ms. Springer was asked if she would be willing to submit to a strip search and a search of her vehicle. Ms. Springer agreed and signed Attachment A, Permission to Search Waiver form.

At this time Troopers Lambirth and Grout along with IPS Officers Wozniak and Goden proceeded to the S.B.C.C. parking lot to search both vehicles. Both vehicles were searched with negative results. After completing the vehicle search Trooper Mike O'Brien arrived at S.B.C.C. to assist. All evidence was photographed before being turned over to Trooper Lambirth.

At this time [Visitor 1] and Ms. Springer were told they were free to leave the property, however they would not be allowed to enter any Department of Correction Facility until they are given permission from Superintendent Anthony Mendonsa. [Visitor 1] and Ms. Springer were also advised that they could still receive a summons to appear in court over this matter through the U.S. Mail. Both women left the property without incident. Captain Shelley Williams was informed of the outcome of the incident.

On Monday June 4, 2012 at approximately 1300 hrs. IPS Officer Goden did receive a call from a confidential informant stating that he had heard inmates in J2 talking about the drugs found in the South SMU. ███████████████████ and ███████████████████ are picking up the drugs in the SSMU. He stated the package was left there from the afternoon visits and that one of the packages fell from underneath the table landing on the seat which was found by CO Leslie Pierre during the evening visits while sitting a visitor in VR #3. This inquiry is ongoing.

ATTACHMENT A

## MASSACHUSETTS DEPARTMENT OF CORRECTION

### PERMISSION TO SEARCH WAIVER

I, _Shekeira A. Springer_ have been informed by Officer _Bryan Wozniak_ and _Officer Carlos Goden_ who made proper identification as (an) authorized law enforcement officer(s) of the _Souza Baranowski Correctional Center_ of my CONSTITUTIONAL RIGHT not to have a search made of the vehicle(s) owned by me and/or under my care, custody and control, without a search warrant.

Knowing of my lawful right to refuse to consent to such a search, I willingly give my permission to the above named officer(s) to conduct a complete search of the vehicle(s) located at _Souza Baranowski Correctional Center_.

The above said officer(s) further have my permission to take from my vehicle, any letters, papers, materials or any other property or things which they desire for criminal prosecution in the case or cases under investigation.

This written permission to search without a search warrant is given by me to the above officer(s), voluntarily and without any reservations on the day of _June, 03_ ~~19~~ _2012_, at _2030 hrs_.

Signed _Shekeira Springer_

Witness _By WJ_    Witness _[signature]_

Address _____    Address _____

Phone (H) _____    Phone (H) _____

Phone (B) _____    Phone (B) _____

OCTOBER 1998

EXHIBIT 5

ATTACHMENT B

MASSACHUSETTS DEPARTMENT OF CORRECTION
VEHICLE INVENTORY SHEET
Institution _Souza Baranowski Correctional Center_
O.I.C. _IPS Officer Bryan Wozniak_
Date _06-03-2012_   Time _2030_
Location _Parking lot_

OPERATOR'S NAME _Shekeira A. Springer_   D.O.B. ▉
OPERATOR'S ADDRESS ▉   LIC. # ▉
REASON FOR INVENTORY _Search_
OWNER'S NAME _Shekeira A. Springer_   ADDRESS ▉
VEH. MAKE _____   MODEL _____   YEAR _____
REG. # _____   VIN # _____   COLOR _____

PURSUANT TO DEPARTMENTAL POLICY, THE ABOVE MOTOR VEHICLES' CONTENTS WERE INVENTORIED AND BELOW IS AN INVENTORY OF ITEMS FOUND AND WHERE LOCATED.
TOP OF DASHBOARD _____   ABOVE VISOR _____
GLOVE BOX OR CONSOLE _____
FRONT FLOOR DRIVERS SIDE _____
FRONT FLOOR PASSENGER SIDE _____
FRONT SEAT DRIVERS SIDE _____
FRONT SEAT PASSENGER SIDE _____
BETWEEN SEATS _____
REAR FLOOR DRIVERS SIDE _____
REAR FLOOR PASSENGERS SIDE _____
BEHIND REAR SEAT _____   TRUNK _____
STATION WAGON CARGO AREA _____
VAN CARGO AREA _____
DAMAGE/OTHER _____

Drivers Acknowlegement: I have reviewed this report, received one copy, and acknowledge that it is a true and complete description of the auto's physical condition, inventory of items, and accessory items. I hold no one legally responsible for any missing items.

Signature _____   Date _____

OCTOBER 1998   506 - 19

ATTACHMENT C

DEPARTMENT OF CORRECTION
## SEIZURE INSPECTION REPORT

NAME OF INSTITUTION: Souza Baranowski Correctional Center          Date of 6/3/12
Inspection:          Time:                    Number of Photos:
Insured's Owner's Manual:                                              Insured's
Address:                                                          Home Telephone:
         Inspector's Name:                          Site of Inspection:
Plate No.              Interior Color:              Year:         Make:
  Model:                  Color:           Vehicle Identification No.:
Odometer Reading:                ACCESSORIES AND OPTIONAL EQUIPMENT

☐ AIR CONDITIONER      ☐ HIGH MOUNTED BRAKE LIGHT    ☐ RADIO - ☐ AM ☐ AM/FM
☐ CRUISE CONTROL       ☐ TRAILER HITCH                BUILT IN ☐ YES ☐ NO ☐ STEREO
☐ POWER BRAKES         ☐ VINYL TOP/ROOF               ☐ TAPE PLAYER BRAND
☐ POWER STEERING       ☐ SPECIAL MIRRORS - TYPE       BUILT IN ☐ YES ☐ NO
☐ POWER WINDOWS        ☐ AUTOMATIC TRANS. ☐ OVERDRIVE ☐ C.D. PLAYER
                                                       BRAND
☐ POWER LOCKS          ☐ MANUAL TRANS. ☐ 3 SPD ☐ 4 SPD ☐ 5 SPD  BUILT IN ☐ YES ☐ NO
☐ POWER ANTENNA        ☐ SPECIAL ROOF                  ☐ STEREO AMPLIFIER-
                                                       BRAND
☐ TILT WHEEL           FACTORY INSTALLED ☐ YES ☐ NO BUILT IN ☐ YES ☐ NO
☐ TINTED GLASS         ☐ SPECIAL INSTRUMENTATION-TYPE   ☐ C.B. RADIO-

                                                       BRAND
REAR DEFROSTER                                         BUILT IN ☐ YES ☐ NO
REAR WIPER             ☐ RADAR DETECTOR-BRAND

OTHER SPECIAL OPTIONS OR ADDITIONS

ROOF RACK              ☐ CAR ALARM-BRAND
BUCKET SEATS           ☐ ANTI-THEFT DEVICE-TYPE
SPARE TIRE (OUTSIDE MOUNT)  ☐ AUTO RECOVERY SYSTEM-TYPE
SPECIAL WHEELS         ☐ CAR PHONE ANTENNA
SPECIAL HUB CAPS       ☐ CAR PHONE TRANSMITTER
SPECIAL TIRES-TYPE     ☐ CAR PHONE BRAND
                        BUILT IN ☐ YES ☐ NO

MISCELLANEOUS PROPERTY FOUND IN VEHICLE

MISCELLANEOUS PROPERTY FOUND IN VEHICLE   CHECK DAMAGE, POOR CONDITION, AND MISSING PARTS BELOW

DAMAGED                    RUSTED DAMAGED                    RUSTED DAMAGED
FRONT BUMPER                ☐    08 ☐ DOOR RIGHT REAR          ☐    15 ☐ WHEEL COVERS
REAR BUMPER                 ☐    09 ☐ QUARTER PANEL LEFT REAR  ☐    16 ☐ WINDSHIELD
FENDER LEFT FRONT           ☐    10 ☐ QUARTER PANEL RIGHT REAR ☐    17 ☐ SIDE GLASS LEFT FRONT
FENDER RIGHT FRONT          ☐    11 ☐ HOOD PANEL               ☐    18 ☐ SIDE GLASS RIGHT FRONT
DOOR RIGHT FRONT            ☐    12 ☐ ROOF PANEL               ☐    19 ☐ SIDE GLASS LEFT REAR
DOOR LEFT FRONT             ☐    13 ☐ TRUNK LID                ☐    20 ☐ SIDE GLASS RIGHT REAR
DOOR LEFT REAR              ☐    14 ☐ GRILL                    ☐    21 ☐ REAR WINDOW
                                                                     22 ☐ WORN OR SOILED INTERIOR

TIRE
GE

☐ NO EXISTING DAMAGE, RUST OR MISSING PARTS.

Inspector's Signature

OWNER'S ACKNOWLEDGMENT:   I have reviewed this report, received one copy, and acknowledge that it is a true and complete description of the auto's physical
and accessory items, and I hold no one legally responsible for any missing items.

Returning Vehicle                 Date              Witness                       Date

Name                       Owner's Address

                           Date

OCTOBER 1998                                                      506 - 20