EXHIBIT 6





Case 1:13-cv-10083-FDS Document 41-2 Filed 12/02/13 Page 9 of 19





*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Souza-Baranowski Correctional Center*
*P.O. Box 8000*
*Shirley, MA 01464*

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Mary Elizabeth Heffernan**
Secretary

Office: (978) 514-6500
Fax: (978) 514-6529

**Luis S. Spencer**
Commissioner
**Peter A. Pepe, Jr.**
**Katherine A. Chmiel**
Deputy Commissioners
**Paul L. DiPaolo**
Acting Deputy Commissioner
**Anthony M. Mendonsa**
Superintendent

Notice of Barred Visitor

June 4, 2012

Ms. Shaekeira Springer

RE: DOB: ▓▓▓▓  ID#: ▓▓▓▓

Dear Ms. Springer:

This letter is to notify you that your visiting privileges are suspended effective **June 3, 2012**. This action is taken as a result of:

*Attempt to Introduce Drugs into the Facility*

You are hereby restricted from entering this or any other Department of Correction Institution or Facility. You may reapply to the Superintendent for reconsideration after **June 3, 2013**. Should you desire to appeal this action, you may do so in writing to the Superintendent within 15 working days of the receipt of this letter. Such written appeal shall include a detailed narrative describing the incident, and set forth the reason you feel the suspension should be lifted. Should the inmate you visit be transferred during the above period, you must apply to the Superintendent of the new institution/facility for re-instatement of your visiting privileges.

Please contact my office at (978) 514-6500 Ext. 6100 if you have any questions regarding this matter.

Sincerely,



Anthony M. Mendonsa
Superintendent

AM/mo

cc: Karen Arruda, Special Operations Division
Visiting Processing
Outer Control
Inmate File (Donald Williams, W97372)
File

**EXHIBIT 7**



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Souza-Baranowski Correctional Center*
P.O. Box 8000
*Shirley, MA 01464*

Office: (978) 514-6500
Fax: (978) 514-6529

Deval L. Patrick
*Governor*

Timothy P. Murray
*Lieutenant Governor*

Mary Elizabeth Heffernan
*Secretary*

Luis S. Spencer
*Commissioner*
Peter A. Pepe, Jr.
Katherine A. Chmiel
*Deputy Commissioners*
Paul L. DiPaolo
*Acting Deputy Commissioner*
Anthony M. Mendonsa
*Superintendent*

Notice of Barred Visitor

June 4, 2012

**Visitor 1**

RE: DOB: ID#:

Dear

This letter is to notify you that your visiting privileges are suspended effective **June 3, 2012**. This action is taken as a result of:

*Attempt to Introduce Drugs into the Facility*

You are hereby restricted from entering this or any other Department of Correction Institution or Facility. You may reapply to the Superintendent for reconsideration after **June 3, 2013**. Should you desire to appeal this action, you may do so in writing to the Superintendent within 15 working days of the receipt of this letter. Such written appeal shall include a detailed narrative describing the incident, and set forth the reason you feel the suspension should be lifted. Should the inmate you visit be transferred during the above period, you must apply to the Superintendent of the new institution/facility for re-instatement of your visiting privileges.

Please contact my office at (978) 514-6500 Ext. 6100 if you have any questions regarding this matter.

Sincerely,

Anthony M. Mendonsa
Superintendent

AM/mo

cc: Karen Arruda, Special Operations Division
Visitor Processing
Outer Control
Inmate File
File

June 11th, 2012

Dear Mr. Mendonsa:

    On June 3, 2012 I came to your facility to visit my boyfriend, Donald Williams Jr in the SMU. I arrived at the facility around 6:30 p.m., where I was processed and searched. Around 7:00 p.m., I arrived in the SMU area along with another woman.

While her and I were in our visit an officer came in with another woman for a third visit he pulled out the chair and found a package sitting on the chair. He left and then came back and had us all leave the visiting room. I went downstairs and was asked questions, I was also read my Miranda Rights. I have nothing to hide, so I signed a waiver form allowing my car and my property to be searched. While my property was being searched, the officers said that two more packages were found taped under the desk in the same area the chair was pulled out from. After all of this I was told that I am barred from coming to visit my boyfriend.

Mr. Mendonsa, I have been visiting my boyfriend for over a year now, twice a week and I have been in compliance with all the rules and regulations. I did not do anything wrong, nor would I risk doing anything wrong to jeopardize me not seeing my boyfriend. The drugs found were not mine, and anyone could have put them there. There were other visitors in your facility that were in those booths before myself and this other woman arrived. I did not attempt to introduce drugs into the facility. I was barred for no reason and I ask respectfully to have my visits reinstated please.

Thank you for your attention in this matter.

Regards,

*(signature)*

Shekeira Springer
DOB: [redacted]
ID #: [redacted]

Donald Williams Jr W97372

JUN 1 4 2012

EXHIBIT 8




**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Mary Elizabeth Heffernan**
Secretary

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Souza-Baranowski Correctional Center*
*P.O. Box 8000*
*Shirley, MA 01464*

*Office: (978) 514-6500*
*Fax: (978) 514-6529*

**Luis S. Spencer**
Commissioner
**Peter A. Pepe, Jr.**
**Katherine A. Chmiel**
Deputy Commissioners
**Paul L. DiPaolo**
Acting Deputy Commissioner
**Bruce Gelb**
Superintendent

June 26, 2012

Shekeira Springer
[redacted]

Dear Ms. Springer:

This letter is to notify you that your request for reinstatement of visiting privileges is denied as the matter is currently under investigation.

You may resubmit your request for reinstatement in writing after June 3, 2013.

I trust this addresses the matter.

Sincerely,

Bruce Gelb
Superintendent

BG/vp

cc: Inmate File (Donald Williams, W97372)
    File

June 11, 2012

JUN 1 4 2012

Superintendent: Anthony M. Mendonsa
Sousa-Baranowski Correctional Center
Po Box 8000
Shirley, MA 01464

RE; Notice of Barrment

I **Visitor 1** eceived a letter of barrment, with the allegation of attempting to bring drugs into your facility. I would like to start by requesting an appeal for my visits to be reinstated as I have done no such thing.

When I entered your facility on June 3, 2012 I was processed and brought up to the South SMU along with another visitor by officer Pierre who escorted us to the visiting room. He opened the visiting room door and let us in, he did not walk into the visiting room officer Pierre then locked the door behind us. My husband ▇▇▇ was in the first stall so I sat down in the first chair next to the entrance when I came in. The other visitor sat in the second chair while the third chair was empty as far as I knew; I was focused on my husband as soon as I entered the visiting room and that's were my attention remained on him and our conversation. When officer Pierre returned to the visiting room with the third visit he had escorted down to the South SMU, He this time opened the visiting room door and escorted the third visitor to her chair when at that time he found something on the chair I assume because I did not look in that direction. I was still in a conversation with my husband. I then heard officer Pierre walking fast behind me and he was holding something up in his had I did not see what it was I only seen a what looked like duck tape as my eyes glanced at him when he was yelling on the way out of the visiting room. So at this point I knew he had found something and it could not have been good. The third visitor had then sat down when he left or I guess when he was leaving I still did not look down that way as there was no reason for me to, I continued my conversation with my husband. Officer Pierre then came back to the visiting room with a few other Officers' and advised us our visits were now over. When we got into the hallway the lead officer whose name I can not remember advised myself and the other visitor who came up prior that we are going to go with him, when we get down stairs to the waiting area. When we got down to the waiting area we were escorted to our lockers to get our belongings then escorted to a back room. After a while they called the second visitor out and I sat there for a long time while they were doing what I assume to be their investigation and searching of the visiting room. Then the next thing I know the IPS officer and the stat police officer walked in and started to question me. They asked if I knew why I was there and I advised I only knew that officer Pierre had found something on the third chair in the visiting room and I was called in for whatever that was. The IPS officer then advised that was not all they had found in the visiting room there was one package on the chair however there were two more attached to the ledge in the third stall.

The IPS officer then advised you and the other visitor are friends and I replied no, I do not know her like that. I only know her from the visits, we did exchange phone numbers recently. I have only been coming up to your facility since my husband moved there in March, 2012. So I would not say this visitor and I are friends as I do not know anything about her in that short amount of time.

Sir I can only speak for myself I am a working class citation with no record, a mother, and a wife with a husband who has a life sentence. So these visits mean more to us then anything and it has been hard on the children as they haven't been able to see him because he is in isolation. I would not do anything to jeopardize our visits and our kids from visiting him. I just want to make clear I did not do anything wrong, I did not have access to the third stall at anytime during my visit. I did not believe the visiting room was searched or properly searched before I entered it and I feel these allegations against me are very unfair and unjust at most it could say suspicion of attempting to bring drugs into your facility and this is still not true. I am willing to do whatever it takes to clear my name such as fingerprints, DNA testing whatever. I would also like for these wrongful charges of barrment to come off of my record and not have to bring anything to any prison advising that I was barred from your facility as these charges against me are totally false. I did not and would not bring anything that I am not suppose to your facility on June 3, 2012.

Thank you for your time in this matter. I will be looking forward to hearing from you soon. Also could you please give me advance notice as it takes two business days to receive you mail and I will need to give my job advance notice that I will not be able to come in the day of this hearing as I am an hour and a half away from your facility.

Thank you again for your time:
Sincerely,






*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Souza-Baranowski Correctional Center*
P.O. Box 8000
*Shirley, MA   01464*

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Mary Elizabeth Heffernan**
Secretary

Office: (978) 514-6500
Fax: (978) 514-6529

**Luis S. Spencer**
Commissioner
**Peter A. Pepe, Jr.**
**Katherine A. Chmiel**
Deputy Commissioners
**Paul L. DiPaolo**
Acting Deputy Commissioner
**Bruce Gelb**
Superintendent

June 26, 2012

**Visitor 1**
██████████

Dear ██████

This letter is to notify you that your request for reinstatement of visiting privileges is denied as the matter is currently under investigation.

You may resubmit your request for reinstatement in writing after June 3, 2013.

I trust this addresses the matter.

Sincerely,

*[signature]*
Bruce Gelb
Superintendent

BG/vp

cc:  / Inmate File (██████████
     √ File

Mrs. Shekeira Williams
████████████████

Bruce Gelb, Superintendent
Souza Baranowski Correctional Center        May 6, 2013
1 Harvard Road
P.O. Box 8000
Shirley, Ma. 01464-08000

Re: Reinstatement of visits

Dear Mr. Gelb:

I was barred from visiting my husband, Donald Williams, at your facility based on an incident that occurred in the SMU area of the facility during a visit with my husband on June 2, 2012. I was visiting him during the night visits, along with another female who was visiting with another inmate and some drugs were discovered in one of the unoccupied booths by an officer. Myself and this woman were removed from the area and made to leave the facility.

I had complied with all requests from prison personnel and subjected myself to be searched and everything because I did nothing wrong. However, I had received a letter from then Superintendent Anthony Mendonsa that I was barred from seeing my husband for a year. I filed my appeal and it was denied, although the other woman that was there visiting that day was allowed to get back into the facility to visit with her man after about four months, and the other people from the earlier visits were also allowed back into the facility. I, on the other hand, was never allowed back in and I am still barred to this very day, although nothing was found on me and I had complied with being searched. Also, I never once had violated any rules upon visiting any correctional facility within the state of Massachusetts, and I violated no rules during the visit on June 2, 2012.

I am respectfully requesting the lifting of the bar and permit me to visit my husband along with his children. They miss their father and I miss my husband. I have done nothing wrong to be barred from visiting him and I would like to be reinstated.

I will respectfully await your reply to this letter. Thank you for your attention to this matter.

Very truly yours,

Shekeira Williams

RECEIVED
MAY - 9 2013
W97375

EXHIBIT
9



Deval L. Patrick
*Governor*

Timothy P. Murray
*Lieutenant Governor*

Andrea J. Cabral
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Souza-Baranowski Correctional Center*
*P.O. Box 8000*
*Shirley, MA 01464*

Office #(978) 514-6500
Fax: #(978) 514-6529



Luis S. Spencer
*Commissioner*
Peter A. Pepe, Jr.
Katherine A. Chmiel
*Deputy Commissioners*
Paul L. DiPaolo
*Acting Deputy Commissioner*
Bruce L. Gelb
*Superintendent*

May 16, 2013

Ms. Shekeira Williams

Dear Ms. Williams:

This letter is to notify you that your visiting privileges at Souza-Baranowski Correctional Center, with inmate Donald Williams, W97372 are reinstated **effective Tuesday, June 4, 2013**.

However, as a reminder, the rules and regulations within the Department of Correction are in place for a reason, and any future violations will be acted upon immediately.

Sincerely,

Bruce Gelb, Superintendent

BG/mo

cc:  Special Operations Division
     Outer Control
     Visitor Processing
     Inmate File (Donald Williams, W97372)
     File (Donald Williams, W97372)