UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Shekeira Williams, et al.,

    Plaintiffs,

v.

Luis S. Spencer, et al.,

    Defendants.

2013 DEC 18 cpi 8a 08
No. 13-10083-FDS


PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION
TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY
JUDGMENT

Now comes the Plaintiffs in the above civil matter

moves, pursuant to Fed. R. Civ. P. 12(f), to strike the

defendants' Motion to Dismiss, or in the Alternative, for

Summary Judgment.  In support of this motion, the Plaintiffs

states:

    1.  The motion is premature whereas the Plaintiffs have

not yet to receive the full discovery sought from the defen-

dants by them.  Since the last conference with the court,

the defendants was supposed to turn over to the Plaintiffs

any requested discovery.  The Plaintiffs have filed for discovery

and have not received the discovery already requested from

the defendants.

    2.  Also, the Plaintiffs have submitted three additional

discovery requests to the defendants, and cannot effectively

respond to any summary judgment without the requested di-

scover.  The defendants' motion should be stricken because

-2-

the plaintiffs cannot prosecute this litigation effectively

without any discovery.  It would be unfair to the plaintiffs

if they are not permitted discovery in this matter.

Wherefore, the plaintiffs prays that this motion is

granted  and the defendants' Motion For Summary Judgment,

and/or Motion to Dismiss is stricken.

Respectfully Submitted,

Donald Williams, pro se
SBCC
P.O. Box 8000
Shirley, Ma. 01464

Dated:

12·14·2013

CERTIFICATE OF SERVICE

, I Donald Williams, certify that I caused a copy to
be served upon C. Raye Poole, Esq., Department of Correction,
Legal Division, 70 Franklin Street, Suite 600, Boston, Ma.
02110-1327, by first class mail, postage prepaid.

Donald Williams, pro se

Dated:

12·14·2013

Mr. Donald Williams
SBCC
1 Harvard Road
P.O. Box 8000
Shirley, Ma. 01464


Sarah A. Thornton, Clerk
United States District Court                    Dated:
1 Courthouse Way, Suite 2300
Boston, Ma. 02210                               12·14·2013


Re: **Williams, et al. v. Spencer, et al.,**
    **No. 13-cv-10083-FDS**


Dear Ms. Thornton:

     Enclosed for filing please find the "Plaintiffs' Motion
To Strike," with an affixed certificate of service.

     Thank you for your attention to this matter.

                                   Very truly yours,

                                   Donald Williams, pro se


Enclosures

cc: C. Raye Poole, Esq.
    Shekeira Williams, pro se