Mrs. Shekeira Williams
16 Stockton Street
Dorchester, MA 02124

2014 JAN -7  A 11: 54

January 6, 2014

**VIA FEDEX**

The Honorable F. Dennis Saylor
United States District Judge
United States District Court for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re:  **Williams, et. al. v. Spencer, et al., No. 13-cv-10083-FDS**

Dear Judge Saylor:

On behalf of the Plaintiffs in the above-referenced action, I request an enlargement of time to February 5, 2014 for Plaintiffs to respond to the Defendants' Motion for Summary Judgment (dkt. no. 44).  I further request that the hearing for the motion also be rescheduled to a later date of the Court's convenience.  Currently, the Plaintiffs' response is due January 6, 2014 and a hearing on the motion is scheduled for January 24, 2014 at 10:00 AM in Courtroom 2.

As reasons therefor, both myself and plaintiff Donald Williams are in the process of retaining *pro bono* counsel from M. Frank Bednarz of the law firm Goodwin Procter LLP.  The Plaintiffs require time to retain counsel, and counsel requires time to enter an appearance, investigate the facts, and draft a response to Defendants' motion.

Therefore, the Plaintiffs respectfully request an enlargement of time, up to and including February 5, 2014, to respond to the Defendants' motion

Respectfully submitted,

*Shekeira Williams /MFB*
Shekeira Williams, pro se

CC: C. Raye Poole via email and U.S. mail