UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEKEIRA SPRINGER and DONALD WILLIAMS<br><br>    Plaintiffs,<br><br>    v.<br><br>BRUCE GELB, SUPERINTENDENT OF SOUZA-BARANOWSKI CORRECTIONAL CENTER; OSVALDO VIDAL, individually; LT. NESTOR CRUZ, individually; and OFFICER JOHN DOE, individually,<br><br>    Defendants. | Civil Action No. 13-10083-FDS |

## NOTICE OF APPEARANCE OF ERIC CHRISTIANSON

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Eric Christianson of Goodwin Procter LLP as counsel of record for Plaintiffs Shekeira Springer and Donald Williams in the above-captioned matter.

Dated: February 13, 2015

Respectfully submitted,

/s/ Eric Christianson
Eric Christianson (BBO #691263)
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
echristianson@goodwinprocter.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I, Eric Christianson, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on February 13, 2015.

                        /s/ Eric Christianson